FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN PINA-GAONA,<br>JESSIE WILLIAM PINA,<br>ROSA GLORIA RAMIREZ,<br>ADRIAN ARTHUR RAMIREZ, and<br>LUIS FERNANDO GARCIA,<br><br>　　　　　Defendants. | No.　2:25-CR-0055-RLP<br><br>PROTECTIVE ORDER |

　　　Before the Court is the Government's unopposed motion for a Protective Order (ECF No. 76). The Government requests that an order be granted to protect disclosure of discovery materials and the sensitive information contained therein provided to defense counsel in connection with the Government's discovery obligations. The Court finds good cause to grant the motion.

//

PROTECTIVE ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Unopposed Motion for Protective Order (**ECF No. 76**) is **GRANTED**.

2. The United States will provide discovery materials on an on-going basis to defense counsel.

3. Discovery materials that contain the voice or image of a confidential informant or cooperating defendant will be made available for defense counsel's review at the United States Attorney's Office. Until further Order of this Court, those materials may not be shown to a defendant or left in a defendant's custody.

4. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials.

5. Defense counsel may show to, and discuss with the defendant, all discovery materials that do not contain the voice or image of a confidential source or cooperating defendant, including sealed documents.

6. Defense counsel shall not provide original or copies of any discovery materials to the defendant. This is meant to include verbatim, or close to verbatim, recitations of discovery produced to defense counsel.

7. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert

PROTECTIVE ORDER - 2

engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

8. The United States, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed Court proceedings relevant to this case; provided however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** April 17, 2025.

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE

PROTECTIVE ORDER - 3